UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATIONAL LABOR RELATIONS
BOARD,

    Plaintiff,

v.

ENJOI TRANSPORTATION, LLC,
PAULETTE HAMILTON, and
GREGORY LYNN,

    Defendants.
_____/

Case No. 18-13597
Honorable Victoria A. Roberts

## **DEFAULT JUDGMENT**

Consistent with the Court's Order Granting Plaintiff's Motion for Entry of Default Judgment, default judgment enters in favor of Plaintiff and against Defendants, as follows:

1. The following 11 transfers, totaling $46,224, from Defendant Enjoi Transportation, LLC to Defendants Paulette Hamilton and/or Gregory Lynn are, pursuant to 28 U.S.C. §§ 3304(a) and (b), adjudged to be fraudulent:

    a. On July 27, 2018, the transfer of $5,000 in cash from Enjoi's accounts, $2,500 to Hamilton and $2,500 to Lynn;

    b. On July 31, 2018, the transfer of $900 in cash from Enjoi's general account to an unknown recipient;

c. On August 2, 2018, the transfer of $5,000 in cash from Enjoi's general account to an unknown recipient;

d. On September 14, 2018, a check from Enjoi to Hamilton for $5,000 from Enjoi's payroll account;

e. On September 17, 2018, the transfer of $846 in cash from Enjoi's payroll account to an unknown recipient;

f. On September 28, 2018, a check from Enjoi to Lynn for $2,000 from Enjoi's payroll account;

g. On September 28, 2018, a check from Enjoi to Lynn for $4,000 from Enjoi's general account;

h. On September 28, 2018, a check from Enjoi to Hamilton for $4,000 from Enjoi's general account;

i. On October 12, 2018, a check from Enjoi to Lynn for $2,500 from Enjoi's payroll account;

j. On October 19, 2018, a check from Enjoi to Lynn for $7,000 from Enjoi's payroll account; and

k. On October 31, 2018, a check from Enjoi to Hamilton for $9,978 from Enjoi's payroll account.

2. These transfers totaling $46,224 are void as fraudulent.

3. Hamilton must pay $21,478 into an escrow account – as described in paragraph 6, below – to be maintained with the Department of Treasury in the name of Enjoi Transportation, LLC.

4. Lynn must pay $18,000 into the same escrow account.

5. The Individual Defendants must, jointly and severally, pay $6,746 into the same escrow account.

6. The Individual Defendants must make payments by check, payable to the National Labor Relations Board, and sent to the NLRB's Finance Branch at 1015 Half St. SE, Washington, DC 20003. They must put the following information in the "Memo" line of their checks: "Account TAS 420X6152 – Escrow Account, Temporary Restraining Order Cases, Re: Case No. 07-CA-109025 et al."

7. Funds must be released from the Enjoi escrow account as follows:

    a. At any time after entry of this Judgment, any funds that may be found in the escrow account must be released up to the full amount owed upon the judgment of the United States Bankruptcy Court for the Eastern District of Michigan entered in Case No. 13-49751-mbm, including post-judgment interest as applicable;

b. Upon the accrual of further sums due under the same judgment, funds sufficient to satisfy those additional amounts owed to the NLRB must be released to the NLRB from the escrow account in satisfaction;

c. Upon motion to the Court following the entry of final judgment on the NLRB's petition for civil contempt in Sixth Circuit Case No. 12-1068, funds sufficient to pay the amounts due from Enjoi to the NLRB under that judgment, if any, must be paid to the NLRB from the escrow account in satisfaction; and

d. Any residual funds remaining in the account after full payment of money owed under subparagraphs a-c, above, must, upon motion to the Court, be released and returned to Enjoi's general accounts.

Dated at Detroit, Michigan on November 20, 2019.

David J. Weaver
Clerk of the Court

By: s/ Linda Vertriest
Deputy Clerk

Approved:

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge